# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1549
_____

United States of America

*Plaintiff - Appellee*

v.

Skyler F. Sanders

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: August 9, 2022
Filed: August 24, 2022
[Unpublished]
_____

Before SHEPHERD, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Skyler Sanders received a 96-month sentence after a jury found him guilty of possession with intent to distribute cocaine base. 21 U.S.C. § 841(a)(1), (b)(1)(B). An *Anders* brief suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude that the sentence is substantively reasonable. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014) (stating that a within-Guidelines sentence is presumed reasonable). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc); *see also United States v. Gray*, 533 F.3d 942, 944 (8th Cir. 2008) (examining the entire sentencing record).

Finally, we have independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.